IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHADALE LEWIS WILLIAMS,<br><br>    Plaintiff,<br><br>v.<br><br>WARDEN WILLIAM DUNCAN, et al.,<br><br>    Defendants. | No. C 05-3342 SBA (PR)<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANT PHAM AND GRANTING PLAINTIFF AN EXTENSION OF TIME TO AMEND CLAIMS AGAINST DEFENDANTS SHOWALTER, DUBUSKY, BENNETT AND DUNCAN** |

On April 21, 2008, the Court issued an Order in which Plaintiff was directed to amend his claims against Defendants Pham, Showalter, Dubusky, Bennett and Duncan within thirty days. Failure to do so would result in dismissal of the claims against these Defendants without prejudice. The time to file the amended complaint has passed, and Plaintiff has failed to amend his complaint. Instead, on May 5, 2008, Plaintiff filed a document entitled, "Notice of Intent on Order of Service and Dismissing Certain Claims with Leave to Amend." In that document, Plaintiff states that he cannot cure the deficiencies of his complaint as to the claims against Defendant Pham. (Pl.'s Mot. at 2.) He also states that he is "uncertain" about whether he can cure the deficiencies of his complaint relating to the retaliation claims against Defendants Showalter, Dubusky and Bennett "until review of the filed complaint . . . ." (Id. at 2-3.) Finally, Plaintiff states that he "seeks only to amend the complaint against Defendant Duncan under the doctrine of respondeat superior . . . [a]s soon as a copy of the complaint can be furnished to the plaintiff."[1] (Id. at 3.) The Court construes Plaintiff's statements as a voluntary withdrawal of his claims against Defendant Pham and a request for an extension of time to amend his complaint by curing the deficiencies of his claims against Defendants Showalter, Dubusky, Bennett and Duncan.

---

[1] On the same date, Plaintiff filed a Motion for a Copy of Complaint along with the above-mentioned motion. In a separate Order, the Court has granted Plaintiff's request for a copy of the complaint.

Accordingly, IT IS HEREBY ORDERED that all claims against Defendant Pham are DISMISSED without prejudice and that Plaintiff's request for an extension of time to amend his claims against Defendants Showalter, Dubusky, Bennett and Duncan is GRANTED. The Court finds that only a brief extension of time to amend his claims is warranted; therefore, Plaintiff shall file an amendment to the complaint on or by **June 20, 2008** as directed below.

## CONCLUSION

For the foregoing reasons, the Court orders as follows:

1. Plaintiff's excessive force and deliberate indifference claims against Defendant Pham are DISMISSED without prejudice.

2. The Court GRANTS Plaintiff a brief extension of time to amend his retaliation claims against Defendants Showalter, Dubsky and Bennett as well as his supervisory liability claim against Defendant Duncan. Again, the Court notes that the roles of these defendants in the alleged constitutional violations in Plaintiff's complaint are not clear. In his amendment to his complaint, Plaintiff must link the aforementioned defendants to his claims by explaining what each defendant did that caused a violation of his constitutional rights. See Leer v. Murphy, 844 F.2d 628, 634 (9th Cir. 1988) (liability may be imposed on individual defendant under § 1983 only if plaintiff can show that defendant proximately caused deprivation of federally protected right). On or by **June 20, 2008**, Plaintiff may file an amendment to the complaint including amended claims linking Defendants Showalter, Dubsky, Bennett and Duncan. Plaintiff shall resubmit only those claims and not the entire complaint. He must clearly label the document an "Amendment to the Complaint," and write in the case number for this action. The failure to do so on or by **June 20, 2008** will result in the dismissal of the specifically mentioned claims above against Defendants Showalter, Dubsky, Bennett and Duncan without prejudice.

IT IS SO ORDERED.

DATED: 6/3/08

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge

**United States District Court**
For the Northern District of California

| | |
|---|---|
| 1 | |
| 2 | UNITED STATES DISTRICT COURT |
| 3 | FOR THE |
| 4 | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| 7 | WILLIAMS, | Case Number: CV05-03342 SBA |
| 8 | Plaintiff, | **CERTIFICATE OF SERVICE** |
| 9 | v. | |
| 10 | DUNCAN et al, | |
| 11 | Defendant.                                    / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shadale Lewis Williams E-11488
Kern Valley State Prison
P.O. Box 5103
2737 West Cecil Avenue
Delano, CA 93960-5103

Dated: June 4, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.05\Williams3342.dismissPHAM&EOTamend.frm   3