IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHADALE LEWIS WILLIAMS,<br><br>       Plaintiff,<br><br>v.<br><br>WARDEN WILLIAM DUNCAN, et al.,<br><br>       Defendants. | No. C 05-3342 SBA (PR)<br><br>**ORDER DISMISSING CLAIMS AGAINST DEFENDANTS SHOWALTER, DUBUSKY, BENNETT AND DUNCAN; AND GRANTING PLAINTIFF BRIEF EXTENSION OF TIME TO FILE OPPOSITION TO REMAINING DEFENDANTS' MOTION TO DISMISS** |

On June 23, 2008, the Court issued an Order in which Plaintiff was granted a second extension of time to amend his claims against Defendants Showalter, Dubusky, Bennett and Duncan (docket no. 35).[1]  He was directed to file his amendment to the complaint by July 7, 2008, and that the failure to do so would result in dismissal of the claims against these Defendants without prejudice.

On July 11, 2008, Plaintiff filed a "Notice of Intent of Plaintiff on Court Doc # 35."  Plaintiff states that he has decided to "choose (without penalty) to not amend his complaint against Defendants Showalter, Dubsky [sic], Bennett and Duncan."  (Pl.'s Notice at 2.)  Plaintiff seems to be informing the Court he will not be amending his claims against Defendant Showalter, Dubusky, Bennett and Duncan; however, such a decision cannot be made "without penalty" as he has requested because it leads to the dismissal of the claims against these Defendants.  In any event, the July 7, 2008 deadline has passed, and Plaintiff has failed to file a timely amendment to the complaint even after the Court has granted him two extensions.  Accordingly,

IT IS HEREBY ORDERED that Plaintiff's retaliation claims against Defendants Showalter, Dubsky and Bennett, as well as his supervisory liability claim against Defendant Duncan are DISMISSED without prejudice.

---

[1] In an Order dated June 4, 2008, Plaintiff was granted a first extension of time to amend his claims against these Defendants (docket no. 17).

Also before the Court is Plaintiff's request for an extension of time in which to file his opposition to the remaining Defendants' Motion to Dismiss. Having read and considered Plaintiff's request, and good cause appearing, the Court finds that a brief extension is warranted. Accordingly,

IT IS HEREBY ORDERED that Plaintiff's request for an extension of time to file his opposition is GRANTED.

## CONCLUSION

For the foregoing reasons, the Court orders as follows:

1.  Plaintiff's retaliation claims against Defendants Showalter, Dubsky and Bennett, as well as his supervisory liability claim against Defendant Duncan are DISMISSED without prejudice.

2.  Plaintiff's request for an extension of time to file his opposition to the remaining Defendants' Motion to Dismiss (docket no. 36) is GRANTED. The time in which Plaintiff may file his opposition to the remaining Defendants' Motion to Dismiss will be extended up to and including **twenty (20) days** from the date of this Order. If the remaining Defendants wish to file a reply brief, they shall do so no later than **fifteen (15) days** after the date Plaintiff's opposition is filed.

3.  **No further extensions of time will be granted in this case absent exigent circumstances.**

4.  This Order terminates Docket no. 36.

IT IS SO ORDERED.

DATED: 7/16/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge

United States District Court<br>For the Northern District of California

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAMS, | Case Number: CV05-03342 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| DUNCAN et al, | |
| Defendant. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Shadale Lewis Williams
Mule Creek State Prison
E-11488
PO Box 409099
Facility - A
Ione, CA 95640

Dated: July 17, 2008

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

P:\PRO-SE\SBA\CR.05\Williams3342.dismissDEFs&EOToppn.frm   3